```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  11/4/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
CLAY LEE JONES, on behalf of himself and all
other similarly situated,

                          Plaintiffs,                        25-CV-5516 (VEC)

                -against-                              <u>ORDER</u>

HENRIK VIBSKOV AMERICAS, INC.,

                        Defendant.
------------------------------------------------------------- X

VALERIE CAPRONI, United States District Judge:

       WHEREAS on July 3, 2025, Plaintiff filed this lawsuit, *see* Compl., Dkt. 1;

       WHEREAS the Defendant's time to respond to the Complaint was stayed until the Initial Pretrial Conference ("IPTC") that was scheduled for November 7, 2025, *see* Dkt. 5; and

       WHEREAS Defendant has not appeared in this action;

       IT IS HEREBY ORDERED that the IPTC scheduled for Friday, November 7, 2025, at 10:00 A.M. is ADJOURNED *sine die*.  The Clerk of Court is respectfully directed to terminate the open motion at Dkt. 11.

       IT IS FURTHER ORDERED that Defendant's deadline to answer or otherwise respond to the Complaint remains as **Friday, November 7, 2025**.  If Defendant fails to timely respond to the Complaint, Plaintiff must move for default judgment by **Friday, November 21, 2025**. Plaintiff is directed to Attachment A to the Undersigned's Individual Practices in Civil Cases for the Court's requirements for moving for default judgment.

Per the Court's January 7, 2025, Notice of Initial Pretrial Conference, *see* Dkt. 5, Defendants' time to move against or answer the complaint was stayed until the date of the IPTC, unless otherwise ordered.  Defendant was not ordered otherwise.  As such, Defendant is not currently in default.  Accordingly, the Clerk of Court is respectfully directed to strike the Certificate of Default Judgment entered against Defendant on October 31, 2025, at Dkt. 10.

**SO ORDERED.**

Date: **November 4, 2025**
      **New York, New York**

                                                                    _____
                                                                    **VALERIE CAPRONI**
                                                                    **United States District Judge**